UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BAIER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>    Defendants. | Case No.: 24-cv-00893-AJB-VET<br><br>**ORDER GRANTING JOINT MOTION FOR STAY PENDING RESOLUTION OF CRIMINAL CASE**<br><br>**(Doc. No. 40)** |

    Before the Court is the parties' joint motion for stay pending the resolution of a misdemeanor criminal complaint against Plaintiff Edward Baier. (Doc. No. 40.)

    In their motion, the parties explain that on June 30, 2023, the San Diego City Attorney's office filed a misdemeanor criminal complaint against Baier in San Diego Superior Court. (*Id.* at 3.) The parties indicate the state proceedings have been moving forward and that a trial has been set for some time in January or February 2026. (*Id.*) The parties agree that the ongoing state proceedings will limit Baier's ability to respond to discovery requests in the present action, limit the scope of discovery for all Defendants, and impact the parties' ability to comply with the May 15, 2025 scheduling order (Doc. No. 31). (Doc. No. 40 at 4.) The parties thus ask the Court to "stay this case, vacate the scheduling order, and set a status conference on or after February 17, 2026." (*Id.* at 5.)

The Court finds that the interests of justice require a stay of this action. *See Keating v. Ofc. of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir. 1995) ("'a court may decide in its discretion to stay civil proceedings . . . "when the interests of justice seem . . . to require such action."'") (quoting *SEC v. Dresser Indus.*, 628 F.2d 1368, 1375 (D.C. Cir. 1980)).

Accordingly, the Court **GRANTS** the joint motion.

**IT IS HEREBY ORDERED** that this action is **STAYED** and the May 15, 2025 scheduling order (Doc. No. 31) is **VACATED**. The Court further **ORDERS** the parties to file a status report informing the Court of the status of the state court proceedings on February 17, 2026, or within seven days of the resolution of the state court proceedings, whichever occurs first.

**IT IS SO ORDERED.**

Dated: October 9, 2025

Hon. Anthony J. Battaglia
United States District Judge