HEATHER FERBERT, City Attorney
JEAN JORDAN, Assistant City Attorney
MANUEL ARAMBULA, Deputy City Attorney
California State Bar No. 289718
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5611
    Facsimile:   (619) 533-5856

Attorneys for Defendants
CITY OF SAN DIEGO, ROSS BAINBRIDGE,
JORDAN WALLACE, OSBALDO CERVANTES,
MATTHEW FITCH, and ADAM T. SHARKI


EUGENE G. IREDALE: SBN 75292
  egiredale@iredalelaw.com
PETER BIBRING: SBN 223981
  pbibring@iredalelaw.com
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BAIER,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SAN DIEGO; Sgt. ROSS BAINBRIDGE, in his individual capacity; Officer JORDAN WALLACE, in his individual capacity; Officer O. CERVANTES, in his individual capacity; Officer FITCH, in his individual capacity; Lt. ADAM T. SHARKI, in his individual capacity, and DOES 5-6 and 8, as individuals,<br><br>          Defendants. | Case No.  24cv0893 AJB VET<br><br>**JOINT MOTION TO AMEND CASE SCHEDULE**<br><br>Mag. Judge:    Hon. Valerie Torres |

1

24cv0893 AJB VET

The parties, Plaintiff Edward Baier, and Defendants City of San Diego, Ross Bainbridge, Jordan Wallace, Osbaldo Cervantes, Matthew Fitch, and Adam Sharki (collectively, Defendants), by and through their attorneys, submit this joint motion to amend the case scheduling order in order to continue the MSC currently set for May 28, 2026, and to extend the deadline to complete depositions in the case. This request is necessary due to the continuing medical unavailability of a key Defendant for deposition and a transition in counsel for Defendants.

The Court has previously amended its scheduling order only to stay the case pending resolution of a misdemeanor criminal matter and to grant a joint motion to extend the fact discovery cut-off from May 8, 2026, to June 11, 2026. (ECF No. 54). In the most recent extension, the parties did not request that the Court change any other dates. (ECF No. 53). This motion is timely made as the fact discovery cutoff is June 11, 2026. The motion is based on Federal Rule of Civil Procedure 16(b)(4), Southern District of California Local Rule 7.2, and Chambers Rule IV(D).

The parties jointly moved to stay this case until a pending criminal matter was resolved. (ECF No. 40). The Hon. Anthony J. Battaglia granted the parties' joint motion to stay the case on October 9, 2025. (ECF No. 41). The parties made that request because Plaintiff had a pending criminal matter. (ECF No. 40). Once that matter was resolved, the parties jointly moved to lift the stay, participated in a Case Management Conference, and received a Scheduling Order on February 18, 2026. (ECF Nos. 43, 45, 46).

On or about March 5, 2026, Plaintiff served four of the five the individually named defendants and filed proofs of service with the Court on March 10, 2026. (ECF Nos. 47-50). On February 18, 2026, just after the CMC, Plaintiff's counsel sent a detailed email setting forth outstanding written discovery as of the stay, to which the City responded on March 4, 23, and 24, by producing nearly 2,000 pages of discovery and dozens of audio and video files on March 4, 23, and 24. Prior to production, defense counsel spent substantial time reviewing and redacting prior to

24cv0893 AJB VET

production. Plaintiff's counsel spent significant time reviewing the production.

Good cause exists for the extension.

First, the parties have been seeking for several weeks to schedule the deposition of Sgt. Bainbridge, a key Defendant in the arrest of Plaintiff at the heart of this case, who has been on industrial leave from his employment with the City. The parties had previously agreed to schedule Sgt. Bainbridge's remote deposition for May 15, 2026, but Sgt. Bainbridge's treating physician did not medically clear Sgt. Bainbridge for return to active duty.  His treating physician will continue to reassess, but has to date given no indication that Sgt. Bainbridge will be able to sit for deposition before his scheduled return to work on June 16, 2026.  Plaintiff's counsel has a pre-planned vacation the week of June 15 so would not be available to depose Sgt. Bainbridge until June 22, 2026.  Plaintiffs' counsel also represents that he needs to take Sgt. Bainbridge's deposition to determine conclusively that Plaintiff needs to depose no further SDPD personnel and to tailor topics for a deposition of the City's Person(s) Most Knowledgeable.

Second, the prior counsel for Defendants, Stacy J. Plotkin-Wolff, is leaving the San Diego City Attorney's Office on June 1, 2026, and is on vacation May 28-29 for her son's graduation and has eight depositions scheduled in another matter between the date this motion is filed and June 1. This case was just reassigned to the City's new counsel for the City, Manuel Arambula, and, in part because of this transition, Defendants have moved the deposition of Plaintiff, previously scheduled for May 22, 2026, to allow their new counsel to take that deposition, as he is unavailable on May 22 and also needs time to review the case and prepare for the deposition.

Plaintiff's Counsel plans to proceed with the deposition of one other Defendant – Defendant Sharki – in early June, but believe that continuing the MSC until these depositions are complete will make it more productive and likely to resolve the case. / / /

24cv0893 AJB VET

Finally, there is little prejudice in allowing this delay in depositions.  Counsels have agreed that they can compress the schedule for expert disclosures and discovery so that deadlines for dispositive motions, pre-trial and trial remain unaffected.

Accordingly, the parties respectfully request that the Court grant this motion and amend the scheduling order as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to Complete Fact Discovery | June 11, 2026 | July 17, 2026 |
| Mandatory Settlement Conference | May 29, 2026 | July 24, 2026 |
| Deadline to Exchange Initial Expert Disclosures | June 8, 2026 | July 17, 2026 |
| Deadline to Exchange Supplemental Expert Disclosures | July 22, 2026 | July 31, 2026 |
| Deadline to Exchange Expert Reports | July 26, 2026 | August 7, 2026 |
| Deadline to Exchange Supplemental Expert Reports | August 5, 2026 | August 21, 2026 |
| Deadline to Complete Expert Discovery | Sept. 8, 2026 | Sept. 11, 2026 |
| Deadline to File Pretrial Motions | October 8, 2026 | *unchanged* |
| Pretrial disclosures [Rule 26(a)(3)] | January 14, 2027 | *unchanged* |
| Pretrial meeting of counsel [L.R. 16.1(f)(4)] | January 21, 2027 | *unchanged* |
| Plaintiff's counsel to provide proposed pre-trial order [L.R. 16.1(f)] | January 28, 2027 | *unchanged* |
| Deadline to file objections to pre-trial disclosures | January 28, 2027 | *unchanged* |
| Proposed Final Pretrial Conference Order served and lodged | February 4, 2027 | *unchanged* |
| Pretrial Conference | February 11, 2027 2:00 p.m. | *unchanged* |

As shown above, the parties have been diligent in participating discovery, have acted with civility in agreeing to extensions when needed, and there is good cause to

24cv0893 AJB VET

amend the case schedule. Nonetheless, discovery is not complete. Accordingly, the parties respectfully request the above extension of time to complete the necessary fact discovery.

Dated:  May 21, 2026                    HEATHER FERBERT, City Attorney


                                        By  *s/Manuel Arambula*
                                        Manuel Arambula
                                        Deputy City Attorney

                                        Attorneys for Defendants


Dated:  May 21, 2026                    IREDALE & YOO, APC


                                        By  *s/Peter Bibring*
                                        Eugene G. Iredale
                                        Peter Bibring
                                        Plaintiff's Counsel

                                        Attorneys for Plaintiff
                                        EDWARD BAIER


## <u>CERTIFICATION</u>

I, Manuel Arambula, hereby certify that the content of this joint motion is acceptable to all persons required to sign this document. Plaintiff's counsel, Peter Bibring, authorized me to affix his CM/ECF electronic signature to this joint motion.

Dated:  May 21, 2026                    HEATHER FERBERT, City Attorney


                                        By  *s/Manuel Arambula*
                                        Manuel Arambula
                                        Deputy City Attorney

                                        Attorneys for Defendants

24cv0893 AJB VET