HEATHER FERBERT, City Attorney
JEAN JORDAN, Assistant City Attorney
MANUEL ARAMBULA, Deputy City Attorney
California State Bar No. 289718
        Office of the City Attorney
        1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
        Telephone:  (619) 533-5800
        Facsimile:  (619) 533-5856

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Edward Baier,<br><br>                          Plaintiff,<br><br>        v.<br><br>CITY OF SAN DIEGO; Sgt. ROSS BAINBRIDGE, in his individual capacity; Officer JORDAN WALLACE, in his individual capacity; Officer O. CERVANTES, in his individual capacity; Officer FITCH, in his individual capacity; Lt. ADAM T. SHARKI, in his individual capacity, and DOES 5-6 and 8, as individuals,<br><br>                          Defendants. | Case No.  24cv0893 AJB VET<br><br>NOTICE OF WITHDRAWAL OF DOCUMENT #58<br><br>Judge:         Hon. Anthony J. Battaglia<br>Court Room:  4A<br>Trial:            Not Set |
| --- | --- |

Defendant City of San Diego, by and through its attorneys of record, files this Notice of Withdrawal of Document No. 58 in this proceeding due to similarities to a previous filing (ECF No. 56). The current document will be re-filed.

Dated:  July 14, 2026                    HEATHER FERBERT, City Attorney


                                         By  s/Manuel Arambula
                                             Manuel Arambula
                                             Deputy City Attorney

                                         Attorneys for Defendants

Document Number: 4493227                         1

                                                    24cv0893 AJB VET