HEATHER FERBERT, City Attorney
JEAN JORDAN, Assistant City Attorney
MANUEL ARAMBULA, Deputy City Attorney
California State Bar No. 289718
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5611
    Facsimile:   (619) 533-5856

Attorneys for Defendants
CITY OF SAN DIEGO, ROSS BAINBRIDGE,
JORDAN WALLACE, OSBALDO CERVANTES,
MATTHEW FITCH, and ADAM T. SHARKI

EUGENE G. IREDALE: SBN 75292
  *egiredale@iredalelaw.com*
PETER BIBRING: SBN 223981
  *pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BAIER, | Case No.  24cv0893 AJB VET |
|        Plaintiff, | **JOINT MOTION TO AMEND CASE SCHEDULE** |
|    v. | Mag. Judge:    Hon. Valerie Torres |
| CITY OF SAN DIEGO; Sgt. ROSS BAINBRIDGE, in his individual capacity; Officer JORDAN WALLACE, in his individual capacity; Officer O. CERVANTES, in his individual capacity; Officer FITCH, in his individual capacity; Lt. ADAM T. SHARKI, in his individual capacity, and DOES 5-6 and 8, as individuals, | |
|        Defendants. | |

1

24cv0893 AJB VET

The parties, Plaintiff Edward Baier, and Defendants City of San Diego, Ross Bainbridge, Jordan Wallace, Osbaldo Cervantes, Matthew Fitch, and Adam Sharki (collectively, Defendants), by and through their attorneys, submit this joint motion to amend the case scheduling order for thirty-five days. The purpose of this requested extension is to allow the parties to complete fact discovery and to continue to explore settlement possibilities. This request is necessary due to the continuing medical unavailability of a key Defendant for deposition and the need to continue settlement discussions.

This will be the parties' second request to amend dates on the case schedule other than for certain depositions. (ECF No. 53.) The Court previously granted a joint motion amending the case schedule to extend the fact discovery cut-off only from May 8, 2026 to June 11, 2026 (ECF No. 54) and another extending the deadline to complete fact discovery by approximately five weeks and providing shorter extensions for expert discovery, without changing trial or pretrial dates (ECF No. 57).

This motion is timely made as the fact discovery cutoff is July 17, 2026. The motion is based on Federal Rule of Civil Procedure 16(b)(4), Southern District of California Local Rule 7.2, and Chambers Rule IV(D).  Good cause exists for the extension, for two reasons. First, the parties continue to be unable to schedule the deposition of the key fact witness in the case, Defendant Ross Bainbridge, because Sgt. Bainbridge continues to be unavailable for medical reasons.  Plaintiff's deposition of Defendant has been previously scheduled several times (and is currently noticed for Thursday, July 16, 2026), but Sgt. Bainbridge remains out on industrial leave and medically unavailable for deposition. His treating provider will reassess his ability to return to work on August 3, 2026. Plaintiff's counsel represents that Sgt. Bainbridge's deposition will be crucial, as Plaintiff represents that the documentary evidence clearly identifies Sgt. Bainbridge as the Defendant who made the decision to arrest Plaintiff that is at issue in the case.  It is also therefore necessary to depose

Sgt. Bainbridge prior to other witnesses, in order to avoid unnecessary depositions and to properly identify topics for the deposition of the City's Person(s) Most Knowledgeable.  Proceeding with the current discovery cut-off would Plaintiffs to bring a motion to compel Sgt. Bainbridge's deposition, which the parties believe would result in the same postponement of discovery deadlines as this joint motion but with more resources of the parties and the Court.

Second, the parties have remained in active settlement discussions which they believe in good faith may be dispositive and have a realistic chance of resolving the case before the depositions. Accordingly, the parties respectfully request that the Court grant this motion and amend the scheduling order as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Deadline to Complete Fact Discovery | July 17, 2026 | August 21, 2026 |
| Mandatory Settlement Conference | July 28, 2026 | Sept. 15, 2026 |
| Deadline to Exchange Initial Expert Disclosures | July 17, 2026 | August 21, 2026 |
| Deadline to Exchange Supplemental Expert Disclosures | July 30, 2026 | Sept. 4, 2026 |
| Deadline to Exchange Initial Expert Reports | August 7, 2026 | August 21, 2026 |
| Deadline to Exchange Supplemental Expert Reports | August 21, 2026 | Sept. 4, 2026 |
| Deadline to Complete Expert Discovery | Sept. 11, 2026 | Sept. 25, 2026 |
| Deadline to File Pretrial Motions | October 8, 2026 | October 8, 2026 |
| Pretrial disclosures [Rule 26(a)(3)] | January 14, 2027 | January 14, 2027 |
| Pretrial meeting of counsel [L.R. 16.1(f)(4)] | January 21, 2027 | January 21, 2027 |
| Plaintiff's counsel to provide proposed pre-trial order [L.R. 16.1(f)] | January 28, 2027 | January 28, 2027 |
| Deadline to file objections to pre-trial disclosures | January 28, 2027 | January 28, 2027 |

| Proposed Final Pretrial Conference Order served and lodged | February 4, 2027 | February 4, 2027 |
|---|---|---|
| Pretrial Conference | February 11, 2027 2:00 p.m. | February 11, 2027 2:00 p.m. |

As shown above, the parties have been diligent in participating settlement negotiations and discovery, have acted with civility in agreeing to extensions when needed,, but have been unable to complete discovery due to a medical condition of a key Defendant witness. Accordingly, the parties respectfully request a thirty-five day extension of the time to complete the necessary fact discovery.

Dated:  July 14, 2026          HEATHER FERBERT, City Attorney


By  *s/Manuel Arambula*
Manuel Arambula
Deputy City Attorney

Attorneys for Defendants


Dated:  July 14, 2026          IREDALE & YOO, APC


By  *s/Peter Bibring*
Eugene G. Iredale
Peter Bibring
Plaintiff's Counsel

Attorneys for Plaintiff
EDWARD BAIER

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

24cv0893 AJB VET

## <u>CERTIFICATION</u>

I, Manuel Arambula, hereby certify that the content of this joint motion is acceptable to all persons required to sign this document. Plaintiff's counsel, Peter Bibring, authorized me to affix his CM/ECF electronic signature to this joint motion.

Dated:  July 14, 2026                    HEATHER FERBERT, City Attorney


By *s/Manuel Arambula*
Manuel Arambula
Deputy City Attorney

Attorneys for Defendants

24cv0893 AJB VET