EUGENE G. IREDALE: SBN 75292
  *egiredale@iredalelaw.com*
PETER BIBRING: SBN 223981
  *pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorneys for Plaintiff


HEATHER FERBERT, City Attorney
JEAN JORDAN, Assistant City Attorney
MANUEL ARAMBULA, Deputy City Attorney
California State Bar No. 289718
       Office of the City Attorney
       1200 Third Avenue, Suite 1100
       San Diego, California 92101-4100
       Telephone:  (619) 533-5611
       Facsimile:   (619) 533-5856

Attorneys for Defendants
CITY OF SAN DIEGO, ROSS BAINBRIDGE,
JORDAN WALLACE, OSBALDO CERVANTES,
MATTHEW FITCH, and ADAM T. SHARKI

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BAIER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN DIEGO; Sgt. ROSS BAINBRIDGE, in his individual capacity; Officer JORDAN WALLACE, in his individual capacity; Officer O. CERVANTES, in his individual capacity; Officer FITCH, in his individual capacity; Lt. ADAM T. SHARKI, in his individual capacity, and DOES 5-6 and 8, as individuals,<br><br>        Defendants. | Case No.  24cv0893 AJB VET<br><br>**JOINT STATUS REPORT**<br><br>Mag. Judge:    Hon. Valerie Torres |

1

24cv0893 AJB VET

Pursuant to the Court's Order Granting Joint Motion To Amend Case Schedule And Setting Deadlines To Meet And Confer Regarding the Deposition of Defendant Sgt. Ross Bainbridge [ECF 61], the parties hereby file a joint status report.

The parties have reached a settlement in principle, which Plaintiff has accepted and which the City is in the process of reviewing and approving.  The parties anticipate notifying the Court of a settlement soon and request that the Court vacate all dates and set a status conference for twenty-one days from the date of this report.

Regarding the status of discovery, Plaintiff noticed the deposition of Sgt. Bainbridge for August 3, 2026. The parties met and conferred regarding the deposition of Sgt. Bainbridge on July 24, 2026, at which time the parties reached the settlement in principle previously discussed, while Defendants continued in their position that Sgt. Bainbridge remains unavailable for even a remote deposition due to his medical leave.  If for any reason the settlement is not finalized by the status conference, Plaintiff will seek to compel the deposition of Sgt. Bainbridge.

At this time, the parties respectfully request that the Court vacate the remaining dates and set a status conference for twenty-one days from today, or the first day thereafter convenient to the Court.

Dated:  August 3, 2026                    IREDALE & YOO, APC

By  *s/ Peter Bibring*
Eugene G. Iredale
Peter Bibring

Attorneys for Plaintiff
EDWARD BAIER

Dated:  August 3, 2026                    HEATHER FERBERT, City Attorney

By  *s/ Manuel Arambula*
Manuel Arambula
Deputy City Attorney

Attorneys for Defendants

2

24cv0893 AJB VET

## CERTIFICATION

I, Peter Bibring, hereby certify that the content of this joint status report is acceptable to all persons required to sign this document. Defendants' counsel, Manuel Arambula, authorized me to affix his CM/ECF electronic signature to this joint status report.

Dated:  August 3, 2026                    IREDALE & YOO, APC


                                        By  *s/ Peter Bibring*
                                        _____
                                        Eugene G. Iredale
                                        Peter Bibring

                                        Attorneys for Plaintiff
                                        EDWARD BAIER

24cv0893 AJB VET