EUGENE G. IREDALE: SBN 75292
*egiredale@iredalelaw.com*
PETER BIBRING: SBN 223981
*pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

EDWARD BAIER,

Plaintiff,

v.

CITY OF SAN DIEGO; Sgt. ROSS BAINBRIDGE, in his individual capacity; Officer JORDAN WALLACE, in his individual capacity; Officer O. CERVANTES, in his individual capacity; Officer FITCH, in his individual capacity; Lt. ADAM T. SHARKI, in his individual capacity, and DOES 5-6 and 8, as individuals,

Defendants.

Case No. 24cv0893 AJB VET

**NOTICE OF SETTLEMENT**

Pursuant to the Civil Chamber Rules of Magistrate Judge Torres, sec. VII *Notification of Case Resolution*, Plaintiff notifies the Court that the parties have reached and executed a settlement agreement to resolve Plaintiff's claims against all Defendants in this action.

The parties respectfully request that the Court vacate the remaining dates and set a status conference and order to show cause re dismissal on or after November 10, 2026, to allow the parties sufficient time to implement the terms of the settlement agreement. Should Defendants complete their obligations under the settlement agreement prior to the date set by the Court, Plaintiff will promptly move to dismiss this action.

Dated: September 14, 2026

IREDALE & YOO, APC

By *s/ Peter Bibring*
Eugene G. Iredale
Peter Bibring

Attorneys for Plaintiff
EDWARD BAIER