EUGENE G. IREDALE: SBN 75292
*egiredale@iredalelaw.com*
PETER BIBRING: SBN 223981
*pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221

Attorneys for Plaintiff

HEATHER FERBERT, City Attorney
SARAH WIGDOR ROBERTS, Assistant City Attorney
MANUEL ARAMBULA, Deputy City Attorney
California State Bar No. 289718
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5611
Facsimile: (619) 533-5856

Attorneys for Defendants
CITY OF SAN DIEGO, ROSS BAINBRIDGE, JORDAN WALLACE, OSBALDO CERVANTES, MATTHEW FITCH, and ADAM T. SHARKI

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD BAIER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO; Sgt. ROSS BAINBRIDGE, in his individual capacity; Officer JORDAN WALLACE, in his individual capacity; Officer O. CERVANTES, in his individual capacity; Officer FITCH, in his individual capacity; Lt. ADAM T. SHARKI, in his individual capacity, and DOES 5-6 and 8, as individuals,<br><br>Defendants. | Case No. 24cv0893 AJB VET<br><br>**STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Pursuant to the Settlement reached by the parties, as described in the Notice of Settlement filed Sept. 14, 2026 (ECF 68), and the Magistrate Judge's order regarding settlement disposition entered the same day (ECF 69),

The Parties to this action hereby STIPULATE and jointly move that this action and all claims be DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 4, 2026

IREDALE & YOO, APC

By *s/ Peter Bibring*
Eugene G. Iredale
Peter Bibring

Attorneys for Plaintiff
EDWARD BAIER

Dated: November 4, 2026

HEATHER FERBERT, City Attorney

By *s/ Manuel Arambula*
Manuel Arambula
Deputy City Attorney

Attorneys for Defendants

**CERTIFICATION**

I, Peter Bibring, hereby certify that the content of this joint status report is acceptable to all persons required to sign this document. Defendants' counsel, Manuel Arambula, authorized me to affix his CM/ECF electronic signature to this joint status report.

Dated: November 4, 2026

IREDALE & YOO, APC

By *s/ Peter Bibring*
Eugene G. Iredale
Peter Bibring

Attorneys for Plaintiff
EDWARD BAIER