UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDWARD BAIER,
Plaintiff,

v.

CITY OF SAN DIEGO, et al.,
Defendants.

Case No.: 24-cv-00893-AJB-VET

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT**

**(Doc. No. 70)**

Before the Court is the parties' Stipulation and Joint Motion for Dismissal with Prejudice Pursuant to Settlement. (Doc. No. 70.) On September 14, 2026, the parties filed a notice of settlement. (Doc. No. 68.) The parties now jointly move to dismiss this action with prejudice. (Doc. No. 70.) Good cause appearing, the joint motion is **GRANTED**. (*Id.*) The action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: November 4, 2026

Hon. Anthony J. Battaglia
United States District Judge